UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-45-F

| | | |
|---|---|---|
| LOLA BEATRICE MIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THOMAS E. SMITH and | ) | |
| WIL HARDY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court for consideration of United States Magistrate Judge James E. Gates's Memorandum and Recommendation ("M&R") [DE-3] filed on March 3, 2013. Any objections to the Magistrate Judge's M&R were due within fourteen (14) days of receipt, pursuant to 28 U.S.C. § 636(b)(1), Fed.R.Civ.P. 72(b)(2), and Local Civil Rule 72.4(b), EDNC. The docket indicates that the M&R was filed and mailed to the plaintiff on March 3, 2013. To date, no objections have been filed.

After an independent and thorough review of the Magistrate Judge's M&R and a *de novo* review of the record, the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby **ADOPTS** the Magistrate Judge's M&R [DE-3].

This case is **DISMISSED** as frivolous. The Clerk of Court is **DIRECTED** to close this case and remove it from the undersigned's docket.

SO ORDERED.

This the 15th day of April, 2013

                                                    JAMES C. FOX
                                                    Senior United States District Judge